IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VESTA REALTY, LLC and<br>VESTA CAPITAL, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>SOMERSET BEST LIVING, LLC,<br>MARC REALTY, LLC,<br>LAURENCE H. WEINER,<br>SOMERSET HOLDINGS LLC, and<br>55 E. JACKSON LLC,<br><br>    Defendants. | Case No. 22-CV-00392-JFH-MTS |
| SOMERSET BEST LIVING, LLC,<br><br>    Counter-Plaintiff,<br><br>v.<br><br>VESTA REALTY, LLC,<br><br>    Counter-Defendant. | |
| SOMERSET BEST LIVING, LLC,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>MARC KULICK,<br><br>    Third-Party Defendant. | |

**RULE 41(a)(1)(A)(ii) JOINT DISMISSAL WITH PREJUDICE**

Plaintiffs, VESTA REALTY and VESTA CAPITAL, LLC, and Defendants SOMERSET BEST LIVING, LLC, MARC REALTY, LLC, LAURENCE H. WEINER, SOMERSET HOLDINGS LLC, and 55 E. JACKSON LLC, and Third Party Defendant MARC KULICK, by

1

and through their respective attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate and agree to dismissal of all claims pending between them in this action with prejudice, with each party to bear its own attorneys' fees and costs.

s/Craig G. Penrose
Craig Penrose
LAURIE & BRENNAN LLP
Two North Riverside Plaza, Suite 1750
Chicago, IL 60606, 312-445-8780
cpenrose@lauriebrennan.com

*Attorney for Vesta Realty, LLC*
*Vesta Capital, LLC*

Randall B. Gold
FOX & FOX, S.C.
124 W. Broadway
Monona, WI 53716
Telephone: 608-258-9588
Facsimile: 608-258-9105
Email: rgoldlaw@aol.com

Daniel J. Voelker
VOELKER LITIGATION GROUP
33 N. Dearborn Street, Suite 1000
Chicago, IL 60602
Telephone: 312-505-4841
Email: Daniel.voelker59@gmail.com

Patrick G. Colvin, OBA #31519
Thomas L. Vogt, OBA #
JONES GOTCHER & BOGAN
3800 First Place Tower
15 East 5th Street
Tulsa, OK 74103
Telephone: 918-581-8200
Facsimile: 918-583-1189
Email: pcolvin@jgbok.com
        tvogt@jonesgotcher.com

P. Scott Hathaway, OBA #13695
CONNER & WINTERS, LLP
4100 First Place Tower
15 East 5th Street
Tulsa, OK  74103
Telephone:  918-586-8510 P. Scott Hathaway
Facsimile:  918-586-8610 P. Scott Hathaway
Email: shathaway@cwlaw.com